UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF: )
)
)
)
HARVEY I. FELDMAN ) 4: 12 MC 386 CDP
)
)
)

ORDER

This Court has been advised by receipt of a certified copy of the May 29, 2012 final order of discipline of the Supreme Court of Missouri, entered in **In re: Harvey I. Feldman**, Cause No. 92479, that Harvey I. Feldman has been disbarred from the practice of law by the Supreme Court of Missouri.

Harvey I. Feldman has been admitted to practice before this Court. His license to practice law in the state of Missouri was terminated on May 29, 2012 at the conclusion of disciplinary proceedings before the Supreme Court of Missouri. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated June 26, 2012 directing Harvey I. Feldman to show cause in writing within thirty days after service of that order why the final discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. Respondent filed a timely response stating that there is no legal reason why reciprocal discipline should not be imposed. [Doc. # 3] This Court therefore finds that the final discipline ordered by the Supreme Court of Missouri should be imposed on Harvey I. Feldman pursuant to the rules of this Court.

Accordingly,

**IT IS HEREBY ORDERED** that Harvey I. Feldman is disbarred and his name is stricken from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 7th day of September, 2012.

BY THE COURT:

_____
Chief Judge Catherine D. Perry

_____
Judge Jean C. Hamilton

_____
Judge Carol E. Jackson

_____
Judge Rodney W. Sippel

_____
Judge Henry E. Autrey

_____
Judge Stephen N. Limbaugh, Jr.

_____
Judge Audrey G. Fleissig

_____
Judge John A. Ross

_____
Senior Judge E. Richard Webber

_____
Senior Judge Charles A. Shaw